# WEIL, GOTSHAL & MANGES LLP

SILICON VALLEY OFFICE
201 REDWOOD SHORES PARKWAY
REDWOOD SHORES, CALIFORNIA 94065
(650) 802-3000
FAX: (650) 802-3100

AUSTIN
BOSTON
BRUSSELS
BUDAPEST
DALLAS
FRANKFURT
HOUSTON
LONDON
MIAMI
NEW YORK
PARIS
PRAGUE
SINGAPORE
WARSAW
WASHINGTON, D.C.

CHRISTOPHER J. COX
DIRECT LINE (650) 802-3029
E-MAIL: chris.cox@weil.com

December 17, 2009

**Via Electronic Filing**
The Honorable Claire C. Cecchi, U.S.M.J.
U.S. District Court
Martin Luther King Jr. Federal Bldg., Rm. 5054
50 Walnut Street
Newark, NJ  07101

Re:  Case No. 2:09-cv-01272-JLL-CCC
     **Victor Company of Japan v. Glyphics Media, etc.**

Dear Judge Cecchi:

Victor Company of Japan, Ltd. ("JVC") participated in a mediation with CMC Magnetics Corp., Hotan Corp., and KHypermedia Corp. on December 14-15 in West Palm Beach, Florida. We write to inform you that the mediation was unsuccessful and the parties will move forward with the case.

Respectfully submitted,

Christopher J. Cox

CJC/eg

cc:   Counsel of Record (via email)

US_ACTIVE:\43257416\01\79085.0054