# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102-5400
Tel: 973-643-7000
Fax: 973-643-6500**

One Rockefeller Plaza
New York, NY 10020
Tel: 212-643-7000
Fax: 212-643-6500

Richard H. Epstein
Member of the Firm
Direct Dial: (973) 643-5372
E-mail: repstein@sillscummis.com

650 College Road East
Princeton, NJ 08540
Tel: 609-227-4600
Fax: 609-227-4646

February 24, 2010

**Via Electronic Filing**
The Honorable Claire C. Cecchi, U.S.M.J.
United States District of New Jersey
Martin Luther King Jr. Federal Building & Courthouse Room 5054
50 Walnut Street
Newark, NJ 07101

>       Re:    *Victor Company of Japan, Ltd. v. Glyphics Media, Inc., et. al.*
>              Civil Action No.: 09-1272 (JLL)(CCC)(DNJ)

Dear Judge Cecchi:

We represent, along with Weil Gotshal & Manges, plaintiff Victor Company of Japan, Ltd. ("JVC"). We write jointly with counsel for defendants Glyphics Media, Inc. and Moser Baer India Ltd. (the "MBI Defendants") to request that the Court: (i) enter an Order dismissing the MBI Defendants from this action; or (ii) schedule a telephonic conference for leave to move to dismiss the MBI Defendants pursuant to *Fed. R. Civ. P.* 41.

JVC and the MBI Defendants have amicably settled their claims in this action. Pursuant to the settlement agreement, JVC agreed to dismiss the MBI Defendants from this case. Accordingly, in January, we circulated to all counsel, including counsel for the CMC Defendants,[1] a proposed "Stipulation Dismissing With Prejudice Claims Against Glyphics Media, Inc. and Moser Baer India Ltd. Only And Preserving All Other Claims and Counterclaims" (the "Stipulation") to be executed by all parties, consistent with *Fed. R. Civ. P.* 41(a)(1)(A). The Stipulation, a copy of which is attached hereto as Exhibit A, expressly preserved the claims, counterclaims and defenses concerning the CMC Defendants.

---

[1] The "CMC Defendants" are CMC Magnetics Corp., Hotan Corp. and KHypermedia.

SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

Honorable Claire C. Cecchi, U.S.M.J.
February 24, 2010
Page 2

      The CMC Defendants have refused to sign the Stipulation, despite repeated requests to do so.[2]  Given that the settlement between the MBI Defendants and JVC requires dismissal of the MBI Defendants from this action – and given the CMC Defendants' refusal to sign the Stipulation even though it does not prejudice the CMC Defendants' position – we have no choice but to seek Court intervention to dismiss the MBI Defendants.

Respectfully submitted,

s/Richard H. Epstein
Richard H. Epstein

Enclosure
cc:    Ed Haug, Esq.
       Grace Pan, Esq.
       Arnold B. Calmann, Esq.
       Andrew Valentine, Esq.
       Christopher Cox, Esq.
       David Yohai, Esq.
       (all via email with enclosure)

---

[2]    JVC and the CMC Defendants recently executed a Memorandum of Understanding to settle, *inter alia*, the claims and counterclaims in this case between JVC and the CMC Defendants.  The parties are in the process of preparing papers to finalize that settlement.

**EXHIBIT A**

SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, NJ 07102
Telephone (973) 643-5372
Facsimile (973) 643-6500

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10159
Telephone (212) 310-8000
Facsimile (646) 842-0505

WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Counsel for Plaintiff
VICTOR COMPANY OF JAPAN, LTD.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| VICTOR COMPANY OF JAPAN, LTD., | Case No. 2:09-cv-01272 (JLL) (CCC) |
| Plaintiff, | |
| v. | **STIPULATION DISMISSING WITH PREJUDICE CLAIMS AGAINST GLYPHICS MEDIA, INC. AND MOSER BAER INDIA LTD. ONLY AND PRESERVING ALL OTHER CLAIMS AND COUNTERCLAIMS** |
| GLYPHICS MEDIA, INC., MOSER BAER INDIA LTD., CMC MAGNETICS CORP., HOTAN CORP. AND KHYPERMEDIA CORP., | |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, the

attorneys of record for the plaintiff and defendants in the above-entitled action, that whereas the

plaintiff and defendants Glyphics Media, Inc. and Moser Baer India Ltd. have amicably resolved

their disputes, the above-captioned action as against defendants Glyphics Media, Inc. and Moser

Baer India Ltd. only is hereby dismissed with prejudice pursuant to *Fed. R. Civ. P.* 41(a), with

each party bearing its own costs.  This Stipulation does not affect any claims and/or

counterclaims remaining in this action as between plaintiff and defendants CMC Magnetics

Corp., Hotan Corp. and KHypermedia Corp. and/or any defenses to those claims and

counterclaims, all of which are reserved and preserved.

Dated:  January 6, 2010

SILLS CUMMIS & GROSS P.C.                     SAIBER LLC
One Riverfront Plaza                                      One Gateway Center, 13th Floor
Newark, New Jersey 07102                          Newark, New Jersey 07102
(973) 622-3333                                             (973) 643-7000
Attorneys for Plaintiff                                   Attorneys for Defendants CMC Magnetics
                                                                   Corp., Hotan Corp. and KHypermedia Corp.

By:     /s/ Richard H. Epstein            By:      /s/ Arnold B. Calmann
           RICHARD H. EPSTEIN, ESQ.                       ARNOLD B. CALMANN, ESQ.

DLA PIPER LLP
1251 Avenue of the Americas, 27th Floor
New York, New York 10020
(212) 335-450
Attorneys for Defendants Moser Baer India
Ltd. and Glyphics Media, Inc.

By:        /s/ Carlos F. Ortiz
              CARLOS F. ORTIZ, ESQ.