SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, NJ 07102
Telephone (973) 643-5372
Facsimile (973) 643-6500

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10159
Telephone (212) 310-8000
Facsimile (646) 842-0505

WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Counsel for Plaintiff
VICTOR COMPANY OF JAPAN, LTD.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| VICTOR COMPANY OF JAPAN, LTD., <br><br> Plaintiff, <br><br> v. <br><br> GLYPHICS MEDIA, INC., MOSER BAER INDIA LTD., CMC MAGNETICS CORP., HOTAN CORP. AND KHYPERMEDIA CORP., <br><br> Defendants. | Case No. 2:09-cv-01272 (JLL) (CCC) <br><br> **STIPULATION DISMISSING WITH PREJUDICE ALL REMAINING CLAIMS AND COUNTERCLAIMS** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, the

attorneys of record for the plaintiff and for the remaining defendants CMC Magnetics Corp.,

Hotan Corp. and KHypermedia Corp. (collectively, the "CMC Defendants") in the above-entitled

action, that whereas the plaintiff and the CMC Defendants have amicably resolved their disputes,

the above-captioned action is hereby dismissed with prejudice pursuant to *Fed. R. Civ. P.* 41(a), with each party bearing its own costs.

Dated: April 16, 2010

| | |
|---|---|
| SILLS CUMMIS & GROSS P.C.<br>One Riverfront Plaza<br>Newark, New Jersey 07102<br>(973) 622-3333<br>Attorneys for Plaintiff | SAIBER LLC<br>One Gateway Center, 13th Floor<br>Newark, New Jersey 07102<br>(973) 643-7000<br>Attorneys for Defendants CMC Magnetics Corp., Hotan Corp. and KHypermedia Corp. |
| By: /s/ Richard H. Epstein<br>RICHARD H. EPSTEIN, ESQ. | By: /s/ Arnold B. Calmann<br>ARNOLD B. CALMANN, ESQ. |
| | Edgar H. Haug (ehaug@flhlaw.com)<br>Grace L. Pan (gpan@flhlaw.com)<br>**FROMMER LAWRENCE & HAUG LLP**<br>745 Fifth Avenue<br>New York, New York 10151<br>(212) 588-0800<br>Attorneys for Defendants CMC Magnetics Corp., Hotan Corp. and KHypermedia Corp |
| | By: /s/ Grace L. Pan<br>GRACE L. PAN, ESQ. |

SO ORDERED: _____
DATED:                5-4-10